# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

WESLEY FORD, REG #17776-026                                         PLAINTIFF

v.                        NO. 2:15CV00037 JLH

UNITED STATES OF AMERICA                                          DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 3rd day of June, 2019.

                                                                   _____
                                                                   J. LEON HOLMES
                                                                   UNITED STATES DISTRICT JUDGE